**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY**,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION**,<br><br>Defendant. | Case No. 17-cv-1162 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 12] Defendant's Motion for Summary Judgment is GRANTED.  It is further

**ORDERED** that [ECF No. 13] Plaintiff's Cross-Motion for Summary Judgment is DENIED.  It is further

**ORDERED** that [ECF No. 15] Plaintiff's Motion for *In Camera* Review is DENIED.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:  September 18, 2018